JESSE L. VAN GAASBECK, Respondent, v. THE TOWN OF SAU-
GERTIES, Appellant.

*Van Gaasbeck* v. *Town of Saugerties*, 82 Hun. 415, affirmed.
(Argued November 30, 1897; decided December 14, 1897.)

APPEAL from a judgment of the General Term of the
Supreme Court in the third judicial department, entered
December 14, 1894, which affirmed a judgment in favor of
plaintiff entered upon a verdict, and also affirmed an order
denying a motion for a new trial.

*Peter Cantine* for appellant.

*John J. Linson* for respondent.

Judgment affirmed, with costs, on opinion below.
All concur.

———————

JAMES C. FARGO et al., as Executors of WILLIAM G. FARGO,
Deceased, Respondents, v. HERBERT G. SQUIERS et al., as
Executors of GEORGIA FARGO, Deceased, et al., Appellants,
and MARY C. FARGO and ANNA E. FARGO, Respondents.

(Submitted December 6, 1897; decided December 14, 1897.)

MOTION to amend remittitur by inserting in the provision
relating to costs therein, the words, "in the courts below as
well as in this court," denied, without costs. (See 154 N. Y.
250.)